IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK REED, FRED PARROTT, AND
TROY WINGO,

    Plaintiffs,

v.

LEDIC MANAGEMENT CO. a/k/a LEDIC
MANAGEMENT GROUP,

    Defendant.

CIVIL ACTION NO. 03-2849 B P

## ORDER GRANTING
## RENEWED MOTION AND MEMORANDUM TO EXCEED PAGE LIMITATION
## FOR SUMMARY JUDGMENT AS TO EACH PLAINTIFF

Having reviewed the Renewed Motion of Defendant LEDIC Realty Management Services, Inc. to exceed the page limitation for summary judgment as to each Plaintiff, and considered the Certificate of Consultation filed therewith, the Court finds that said motion is well taken and is hereby GRANTED. Defendant's motions shall be deemed filed on April 20, 2005.

SO ORDERED this 10th day of May 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

MEMPHIS:152679.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

91

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Yollander E. Hardaway
LAW OFFICE OF YOLLADER HARDAWAY
1611 Linden Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT