IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 19  PM 3:48

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

MARK REED, FRED PARROTT
AND TROY WINGO,
Plaintiffs

vs.

Case No.03-2849 Bre P
Jury Trial Demand

LEDIC Management Company
a.k.a. LEDIC Management Group
Defendant

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION

The Court, having reviewed and considered the plaintiffs' Motion for Extension of Time to Respond to Defendant's Summary Judgment Motion, and the supporting Affidavit of Yollander Hardaway, all of which is unopposed by Defendant, finds that said motion is well taken and is hereby GRANTED. Plaintiffs shall an extension of time to file responsive pleadings and their brief until June 25th, 2005.

SO ORDERED this __19th__ day of May 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __5-20-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Yollander E. Hardaway
LAW OFFICE OF YOLLADER HARDAWAY
1611 Linden Ave.
Memphis, TN 38104

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT