IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 PM 2: 4_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |
|---|---|
| MARK REED, et al.,           )<br>                              )<br>        Plaintiffs,           )<br>                              )<br>vs.                           )     Civ. No. <u>03-2849-B/P</u><br>                              )<br>LEDIC MANAGEMENT COMPANY,     )<br>a/k/a LEDIC MANAGEMENT GROUP, )<br>                              )<br>        Defendant.            )  |  |

### ORDER GRANTING PLAINTIFF'S MOTION
### TO SUSPEND THIS LITIGATION FOR 60 DAYS

Before the court is plaintiff's Motion to Suspend this Litigation for 60 days, filed June 20, 2005. For good cause shown, and the defendant having no opposition thereto, plaintiffs' Motion to Suspend this Litigation for 60 Days is hereby GRANTED.

Although the court certainly understands counsel's need to attend to her ill mother, the court also must ensure that this case proceeds in an efficient manner. Therefore, after expiration of the 60-day period, if plaintiffs' counsel is not prepared at that time to proceed with this case, she shall file a motion to withdraw as counsel, as set forth under Local Rule 83.1(h).

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 23, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-27-05

100



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Yollander E. Hardaway
LAW OFFICE OF YOLLADER HARDAWAY
1611 Linden Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT