IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK REED, et al.,

    Plaintiffs,

vs.

Civ. No. 03-2849-B/P

LEDIC MANAGEMENT CO.,
a/k/a LEDIC MANAGEMENT GROUP,

    Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL

Before the Court is Plaintiffs' Motion to Withdraw as Counsel, filed by Yollander Hardaway and Samuel L. Perkins, on August 30, 2005 (dkt #106 and #107). The court finds that counsels' requests are well taken and should be granted.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Yollander Hardaway and Samuel L. Perkins are permitted to withdraw from the above-referenced case. Plaintiffs are allowed thirty (30) days from the date of this order to find and substitute new counsel or proceed *pro se*.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date: September 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Yollander E. Hardaway
LAW OFFICE OF YOLLADER HARDAWAY
1611 Linden Ave.
Memphis, TN 38104

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT