IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK REED, FRED PARROTT and
TROY WINGO,

      Plaintiffs,

v.

No. 03-2849-B/P

LEDIC MANAGEMENT CO. a/k/a LEDIC
MANAGEMENT GROUP,

      Defendant.

## ORDER OF REFERENCE

Before the court is Plaintiff Troy Wingo's Motion for Extension of Time filed on September 28, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 29th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Troy Wingo
1003 Newell St.
Memphis, TN 38111

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT