```
IN THE UNITED STATES DISTRICT COURT           FILED BY ___ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
            WESTERN DIVISION                  05 SEP 29 PM 5:10

                                              THOMAS M. GOULD
                                              CLERK, U.S. DISTRICT COURT
                                              W/D OF TN, MEMPHIS
```

MARK REED, et al., )
)
Plaintiffs, )
)
vs. )  Civ. No. 03-2849-B/P
)
LEDIC MANAGEMENT COMPANY, )
)
Defendant. )

## ORDER GRANTING PLAINTIFF TROY WINGO'S MOTION FOR EXTENSION OF TIME

Plaintiff Troy Wingo, *pro se*, has moved this court for more time to find a replacement attorney. The court finds that plaintiff's request is well taken and is therefore GRANTED. Plaintiff, Troy Wingo, shall have up to and including October 31, 2005, to find new counsel.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Troy Wingo
1003 Newell St.
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT