IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 30 PM 3:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MARK REED, et al.,

    Plaintiffs,

vs.

LEDIC MANAGEMENT COMPANY,

    Defendant.

Civ. No. 03-2849-B/P

### ORDER GRANTING PLAINTIFF MARK REED'S MOTION
### FOR EXTENSION OF TIME

Plaintiff Mark Reed, *pro se*, has moved this court for more time to obtain legal representation. The court finds that plaintiff's request is well taken and is therefore GRANTED. Plaintiff, Mark Reed, shall have up to and including November 1, 2005, to find new counsel.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 30, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-3-05

115

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Mark Reed
8360 Keeli Cove
Cordova, TN 38016

Troy Wingo
1003 Newell St.
Memphis, TN 38111

Honorable J. Breen
US DISTRICT COURT