IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARK REED, FRED PARROTT, AND TROY WINGO, | |
| Plaintiffs, | |
| v. | |
| LEDIC MANAGEMENT CO. a/k/a LEDIC MANAGEMENT GROUP, | CIVIL ACTION NO. 03-2849 B P |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, as reflected by the signatures of their respective counsel of record, it is hereby ordered that this action be and hereby is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 16th day of November 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05



Agreed:

LAW OFFICE OF DARRELL J. O'NEAL

*[signature]*

Darrell J. O'Neal
2129 Winchester Road
Memphis, Tennessee 38116
(901) 345-8009      Telephone
(901) 345-8014      Facsimile

ATTORNEY FOR PLAINTIFFS


FORD & HARRISON LLP

*[signature]*

Delaine R. Smith (TN #15027)
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee 38120
(901) 291-1500      Telephone
(901) 291-1501      Facsimile

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Troy Wingo
1003 Newell St.
Memphis, TN 38111

Mark Reed
8360 Keeli Cove
Cordova, TN 38016

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT