UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.
05 NOV 21 PM 12: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARK REED, FRED PARROTT, and TROY WINGO, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| LEDIC MANAGEMENT CO. a/k/a LEDIC MANAGEMENT GROUP, | CASE NO: 2:03cv2849-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on November 18, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/21/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_[signature] Earline Mayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05

(119)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:03-CV-02849 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Troy Wingo
1003 Newell St.
Memphis, TN 38111

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Mark Reed
8360 Keeli Cove
Cordova, TN 38016

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT